**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**ANTHONY WILLIAMS,**

    **Plaintiff,**

**vs.**                                             **Case No. 4:17cv123-WS/CAS**

**STATE OF FLORIDA,**

    **Defendant.**
_____/

## REPORT AND RECOMMENDATION

    Plaintiff, proceeding pro se, attempted to initiate a civil rights case in this Court, but did not pay the filing fee or file an in forma pauperis motion at the time he submitted his complaint, ECF No. 1. An Order was entered on March 14, 2017, requiring Plaintiff to do one or the other to proceed with this case. ECF No. 3. Plaintiff was directed to either pay the filing fee or file an in forma pauperis motion on or before April 14, 2017. *Id.* Additionally, Plaintiff was required to file an amended complaint on the proper form that would be provided to him by the Clerk of Court. *Id.*

    As of this date, Plaintiff has not complied. Plaintiff was advised that no further action would be taken on this case until he complied, and further

informed that if he did not comply, a recommendation would be made to dismiss this case. ECF No. 3. It is now apparent that Plaintiff has abandoned this litigation and the case should now be dismissed.

It is respectfully **RECOMMENDED** that this action be **DISMISSED** for failure to comply with a Court Order and failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**IN CHAMBERS** at Tallahassee, Florida, on April 25, 2017.

S/ Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No. 4:17cv123-WS/CAS